Robin Casey
2323 Torey Court
Chattanooga, TN 37421

April 23, 2019

United States District Court Eastern District of Michigan
Theodore Levin US Courthouse
231 W. Lafayette Blvd.
Dow Litigation Unit 5th Floor
Detroit, MI 48226
Re: Dow Corning Implant Litigation Registration Appeal

Dear Judge,

I am contacting you for an appeal to be considered to be able to register in this case. I received implants in 1988. They are ruptured and have been for many years. There have been a multitude of medical issues since the rupturing – I can provide medical records upon request.

I was never contacted by Dow Corning about this case and only recently heard about it which is why I am reaching out now.

Please consider this appeal as it would be medically beneficial to have these removed and alleviate present and future medical issues.

Thank you for your consideration.

Sincerely,

*Robin Casey*

Robin Casey
2323 Torey Court
Chattanooga, TN 37421
(865) 385-3093
fetchgus@gmail.com

Robin Casey
2323 Torey Court
Chattanooga, TN 37421

United States District Court Eastern District of Michigan
Theodore Levin US Courthouse
231 W. Lafayette Blvd.
Dow Litigation Unit 5th Floor
Detroit, MI 48226



# PRIORITY® ★ MAIL ★

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

RECEIVED
APR 26 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

RECEIVED
APR 26 2019
CLERK'S OFFICE
U.S. DISTRICT COURT



UNITED STATES POSTAL SERVICE® Click-N-Ship®

usps.com  9410 8036 9930 0108 4380 35 0099 5000 0044 8226
$9.95
US POSTAGE
Flat Rate Env
Signature Confirmation

04/23/2019   Mailed from 37421   062S0000001310

**PRIORITY MAIL 2-DAY™**

ROBIN CASEY
2323 TOREY CT
CHATTANOOGA TN 37421-2880

Expected Delivery Date: 04/25/19

0006

SIGNATURE REQUIRED

C008

SHIP TO: US DISTRICT COURT E. DISTRICT OF MICHIGAN
THEODORE LEVIN US COURTHOUSE
231 W LAFAYETTE BLVD UNIT 5
DOW LITIGATION FLOOR
DETROIT MI 48226-2700

USPS SIGNATURE TRACKING #

9410 8036 9930 0108 4380 35

Electronic Rate Approved #038555749

# PRIORITY ★ MAIL ★



**TRACKED***
★ ★ ★
**INSURED***

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*



P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5



UNITED STATES
POSTAL SERVICE®

* Domestic only.   * For International shipments, the maximum weight is 4 lbs.